UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| EVANSVILLE GREENWAY AND REMEDIATION TRUST, a Qualified Settlement Fund, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SOUTHERN INDIANA GAS AND ELECTRIC COMPANY, INC., et al., )<br><br>Defendant, )<br>_____ )<br><br>EVANSVILLE GREENWAY PRP GROUP, )<br><br>Third-Party Plaintiff, )<br><br>vs. )<br><br>GENERAL WASTE PRODUCTS, et al., )<br><br>Third-Party Defendants. ) | 3:07-cv-66-SEB-WGH |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

On April 12, 2010, Plaintiff, Evansville Greenway and Remediation Trust ("the Trust"), filed a Motion for Leave to File Surreply [Docket No. 784] to oppose the Motion for Summary Judgment filed by Third-Party Defendant Solar Sources, Inc., against Third-Party Plaintiff, Evansville Greenway PRP Group ("the PRP Group"). Initially, we note that Solar Source's Motion for Summary Judgment addresses claims filed against it by the

PRP Group only and seeks no relief as to the Trust.  Given the Trust's tangential relation to Solar Source's summary judgment motion and the fact that the PRP Group itself has not sought to file a surreply, we see no reason to allow the Trust to rehash arguments already addressed in the thorough briefing on these issues.  Accordingly, we **DENY** Plaintiff's Motion for Leave to File Surreply.

    IT IS SO ORDERED.


Date: _____09/16/2010_____

                                                    _____
                                                    SARAH EVANS BARKER, JUDGE
                                                    United States District Court
                                                    Southern District of Indiana

Copies to:

Scott R. Alexander
TAFT STETTINIUS & HOLLISTER LLP
salexander@taftlaw.com

John P. Arranz
SWANSON MARTIN & BELL
jarranz@smbtrials.com

Jennifer C. Baker
HUNSUCKER GOODSTEIN & NELSON
jbaker@hgnlaw.com

Brian C. Bosma
KROGER GARDIS & REGAS, LLP
bcb@kgrlaw.com

Sean P. Burke
BARNES & THORNBURG LLP
sean.burke@btlaw.com

Jayna Morse Cacioppo
TAFT STETTINIUS & HOLLISTER LLP
jcacioppo@taftlaw.com

Gregory P. Cafouros
KROGER GARDIS & REGAS, LLP
gpc@kgrlaw.com

Michael D. Chambers
TAFT STETTINIUS & HOLLISTER LLP
mchambers@taftlaw.com

Robert R. Clark
TAFT STETTINIUS & HOLLISTER LLP
rclark@taftlaw.com

Michael E. DiRienzo
KAHN DEES DONOVAN & KAHN
mdirienzo@kddk.com

Hallie Miller Fahey
Troutman Sanders LLP
hallie.fahey@troutmansanders.com

Michael D. Goodstein
HUNSUCKER GOODSTEIN & NELSON PC
mgoodstein@hgnlaw.com

Edward S. Griggs
BARNES & THORNBURG LLP
sean.griggs@btlaw.com

Timothy A. Haley
BARNES & THORNBURG LLP
thaley@btlaw.com

Elizabeth Schroer Harvey
SWANSON MARTIN & BELL LLP
eharvey@smbtrials.com

Kenneth Hayes Inskeep
BARNES & THORNBURG LLP
ken.inskeep@btlaw.com

David L. Jones
JONES WALLACE, LLC
djones@joneswallace.com

Jody E. Kahn
SWANSON MARTIN & BELL LLP
jkahn@smbtrials.com

G. Daniel Kelley Jr.
ICE MILLER LLP
daniel.kelley@icemiller.com

Matthew Theron Kinst
SWANSON MARTIN & BELL LLP
mkinst@smbtrials.com

John Milton Kyle III
BARNES & THORNBURG LLP
john.kyle@btlaw.com

Kyle Andrew Lansberry
LEWIS & WAGNER
klansberry@lewiswagner.com

Anne E. Lynch
HUNSUCKER GOODSTEIN & NELSON PC
alynch@hgnlaw.com

Michael John Maher
SWANSON MARTIN & BELL
mmaher@smbtrials.com

Stacey H. Myers
HUNSUCKER GOODSTEIN & NELSON PC
smyers@hgnlaw.com

Michael Orville Nelson
HUNSUCKER, GOODSTEIN & NELSON
mnelson@hgnlaw.com

Reed W Neuman
NOSSAMAN, LLP/ O'CONNOR & HANNAN
rneuman@nossaman.com

Robert W. Rock
JONES WALLACE LLC
rrock@joneswallace.com

Keith E. Rounder
TERRELL BAUGH SALMON & BORN
krounder@tbsblaw.com

James P. Ryan
NOSSAMAN, LLP/O'CONNOR & HANNAN
jryan@nossaman.com

Douglas B. Sanders
BAKER & McKENZIE LLP
douglas.b.sanders@bakernet.com

G. Michael Schopmeyer
KAHN DEES DONOVAN & KAHN
mschopmeyer@kddk.com

John A. Sheehan
HUNTON & WILLIAMS LLP
JSheehan@hunton.com

Katherine L. Shelby
BINGHAM MCHALE LLP
kshelby@binghammchale.com

Leah B. Silverthorn
HUNSUCKER GOODSTEIN & NELSON
lsilverthorn@hgnlaw.com

Freedom S. N. Smith
ICE MILLER LLP
freedom.smith@icemiller.com

John William Watson III
BAKER & McKENZIE LLP
john.w.watson@bakernet.com

David E. Wright
KROGER GARDIS & REGAS LLP
dew@kgrlaw.com